1  FRED D. HEATHER - State Bar No. 110650
   fheather@glaserweil.com
2  AARON P. ALLAN – State Bar No. 144406
   aallan@glaserweil.com
3  NOAH PERCH-AHERN - State Bar No. 262164
   nperchahern@glaserweil.com
4  GLASER WEIL FINK JACOBS
     HOWARD AVCHEN & SHAPIRO LLP
5  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
6  Telephone: (310) 553-3000
   Facsimile: (310) 556-2920
7  Attorneys for Plaintiff MGP IX LINCOLN STATION, LLC

8  MICHAEL H. WALLENSTEIN (SBN 213018)
   mwallenstein@mckennalong.com
9  DAVID KRAUSE-LEEMON (SBN 185719)
     dkrause-leemon@mckennalong.com
10 MICHELLE K. SUGIHARA (SBN 217444)
   msugihara@mckennalong.com
11 MCKENNA LONG & ALDRIDGE LLP
   300 South Grand Avenue, 14th Floor
12 Los Angeles, CA 90071-3124
   Telephone: (213) 688-1000
13 Facsimile: (213) 243-6330

14 Attorneys for Defendant CITY OF CERRITOS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGP IX LINCOLN STATION, LLC, a Delaware limited liability company,<br>Plaintiff,<br><br>v.<br><br>CITY OF CERRITOS, a California, municipal corporation; and DOES 1- 10,<br><br>Defendants. | Case No. CV12-8239-WDK (FFMx)<br><br>Assigned to: Hon. William D. Keller<br><br>**STIPULATION FOR DISMISSAL** |
| CITY OF CERRITOS,<br>Counter-Claimant,<br><br>v.<br><br>MGP IX LINCOLN STATION, LLC, a Delaware limited liability company,<br>Counter-Defendant. | |

STIPULATION FOR DISMISSAL

USW 804455745.1

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their respective attorneys of record, that the above-captioned action,
3  including all claims, counterclaims and causes of action therein, be and hereby is
4  dismissed with prejudice.

5  The parties have settled this action. Pursuant to the parties' request, and the
6  Court having indicated its willingness to do so, this dismissal is subject to the Court
7  retaining limited jurisdiction to enforce the parties' Settlement Agreement.

9  DATED: May 2, 2014

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

By: _____
AARON ALLAN
FRED D. HEATHER
NOAH PERCH-AHERN
  Attorneys for Plaintiff
  MGP IX LINCOLN STATION, LLC

DATED: May 2, 2014

MCKENNA LONG & ALDRIDGE LLP

By: _____
MICHAEL H. WALLENSTEIN
DAVID KRAUSE-LEEMON
MICHELLE K. SUGIHARA
  Attorneys for Defendant
  CITY OF CERRITOS

1
**STIPULATION FOR DISMISSAL**

USW 804455745.1 862702